**Electronically Filed**
**Supreme Court**
**SCWC-17-0000328**
**10-JUL-2019**
**09:36 AM**

SCWC-17-0000328

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

SHANE K. IOANE, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000328; CASE NO. 1DTA-16-04180)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Shane K. Ioane's application for writ of certiorari filed on May 27, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, July 10, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

